**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **CHATTER PAL LNU,** | : | **Case No. 1:26-cv-232** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **Judge Douglas R. Cole** |
| | : | |
| **WARDEN, Butler County** | : | **Chief Magistrate Judge Stephanie K.** |
| **Correctional Complex, *et al.*,** | : | **Bowman** |
| | : | |
| **Respondents.** | : | |

## ORDER

Petitioner, Chatter Pal LNU, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly file notices of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint

proposed scheduling order no later than March 17, 2026.

**IT IS SO ORDERED.**

March 10, 2026                               *s/Stephanie K. Bowman*
                                              STEPHANIE K. BOWMAN
                                              Chief United States Magistrate Judge

2