**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| CHATTER PAL LNU,<br>            *Petitioner,*<br><br>v.<br><br>WARDEN, Butler County<br>Correctional Complex, et al.,<br><br>            *Respondents.* | Case No. 1:26-cv-232<br><br>District Judge Douglas R. Cole<br><br>Chief Magistrate Judge Stephanie K. Bowman |

**SCHEDULING ORDER**

Now come the parties, in response to this Court's March 10, 2026 Order (ECF 5), and submit the following joint proposed scheduling order:

Federal Respondents shall file their response to the Petition for Writ of Habeas Corpus no later than **Thursday, March 26, 2026.**

Petitioner shall file his reply no later than **Thursday, April 2, 2026.**

**IT IS SO ORDERED.**

Date:      03/17/2026

*Stephanie K Bowman*

STEPHANIE K. BOWMAN
Chief United States Magistrate Judge